IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RAYMOND L. RUSH,**  06-CV-6333-BR

        Plaintiff,  JUDGMENT OF REMAND

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

        Defendant.


**KATHRYN TASSINARI**
**BRENT WELLS**
Harder, Wells, Baron & Manning, P.C.
474 Willamette Street, Suite 200
Eugene, OR 97401
(541) 686-1969

        Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney's Office
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1053

1   -   JUDGMENT

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**FRANCO L. BECIA**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2114

       Attorneys for Defendant


    Based on the Court's Opinion and Order (#__) issued January 23, 2008, the Court hereby **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 23rd day of January, 2008.


                              /s/ Anna J. Brown
                             _____
                             ANNA J. BROWN
                             United States District Judge