FILED'08 MAR 18 14:50 USDC-ORP

Kathryn Tassinari
Brent Wells
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RAYMOND L. RUSH, )
  ) Case No. 06-6333-BR
  Plaintiff, )
  ) ORDER REGARDING
vs. ) ATTORNEY FEES UNDER
  ) THE SOCIAL SECURITY ACT
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
  )
  Defendant. )
_____ )

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social Security Act, it is hereby ORDERED that Plaintiff's counsel is granted 30 days subsequent to Plaintiff's notification of past-due benefits to prepare and submit a request specifying the amount of fees requested. *Plaintiff shall file a status report with the Court*

IT IS SO ORDERED this 18th day of March, 2008. *by May 16, 2008, if notice of benefits has not been received by then*

_____
U.S. District Judge

ORDER RE: ATTORNEYS FEES UNDER THE SOCIAL SECURITY ACT - 1