Kathryn Tassinari, OSB# 80115
Brent Wells, OSB# 85403
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED '08 APR 28 14:25 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RAYMOND L. RUSH,        )
                        )    Civil No. 06-6333-BR
                        )
    vs.                 )
                        )    ORDER FOR PAYMENT OF ATTORNEY'S
MICHAEL J. ASTRUE,      )    FEES PURSUANT TO EAJA
Commissioner of Social Security, )
                        )
           Defendant.   )
_____)

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted as full settlement of any and all claims for attorney fees under EAJA. Attorney fees in the sum of $3,528.93 is awarded to plaintiff, payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 28th day of April, 2008.

_____
U.S. District Judge

PRESENTED BY:

By: s/ Kathryn Tassinari
    Kathryn Tassinari, OSB#80115
    Harder, Wells, Baron & Manning, P.C.

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA