Kathryn Tassinari, OSB # 80115
Brent Wells, OSB # 85403
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

FILED'08 MAY 30 07:52 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RAYMOND L. RUSH,           )<br>                            )<br>        Plaintiff,          )<br>                            )<br>    vs.                     )<br>                            )<br>MICHAEL J. ASTRUE,          )<br>Commissioner of Social Security, )<br>                            )<br>        Defendant.          )<br>_____) | Case No. 06-6333-BR<br><br>ORDER APPROVING ATTORNEY FEES<br>PURSUANT TO 42 U.S.C. §406(b) |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Order is hereby granted in the sum of $12,935.50 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $12,935.50 an administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance. Counsel shall refund the EAJA fee of $3,528.93 awarded herein to Plaintiff. There are no other costs.

IT IS SO ORDERED this day of May 29, 2008.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff